# United States District Court
# Northern District of Texas
# Office of the Clerk

Dallas Division

Feb 13, 2013

Clerk
U.S. Court of Appeals - Fifth Circuit
600 Maestri Place
New Orleans, LA 70130

SUBJECT:   12-10520 / 3:10-CV-2446  FTC v. Financial Freedom Processing, et al

Dear Clerk:

In connection with the appeal cited above, the following record is transmitted:

☒ Record on appeal or     ☐ Supplemental record on appeal

consisting of   17   volumes of the record and/or any of the items indicated below:

| | | | |
|---|---|---|---|
| 9 | Volume(s) of the transcript | | Volume(s) of depositions |
| 1 | Container(s) of exhibits | | Folder(s) of State Court Papers |
| | Sealed documents | | Audio Visual Tapes |
| | PSI and SOR page Sealed | | |

☐ Other: _____

☐ **ATTENTION:** Some of the documents noted above are ORIGINAL DOCUMENTS and must be returned to the district court.

☐ UPS Tracking #: _____

Sincerely,
KAREN MITCHELL
Clerk of Court

By:  s/ S VanCamp

Deputy Clerk